November 25, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

DEVONIA T. GEORGE SLATER, Appellant

NO. 14-13-00693-CV                          V.

CHRISTOPHER LANE  SLATER, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Christopher Lane Slater, signed, May 31, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Devonia T. George Slater to pay all costs incurred in this appeal.

We further order this decision certified below for observance.